

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00251-CR
_____

DANIEL LOUISE FLORES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 69th District Court
Moore County, Texas
Trial Court No. 4894; Honorable Ron Enns, Presiding

December 3, 2014

## ORDER OF SEVERANCE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

On October 18, 2013, pursuant to a single, two-count indictment in cause number 4894, Appellant, Daniel Louise Flores, was charged with aggravated sexual assault, both counts occurring on or about July 29, 2013. In exchange for a plea bargain, Appellant pleaded guilty and was convicted on both counts. The trial court entered two separate judgments—one as to Count I and one as to Count II, both

assessing fifty year sentences ordered to run concurrently. Appellant filed a single notice of appeal "from the judgment of conviction and sentence herein rendered . . . ."

Because this appeal involves two separate judgments, for purposes of clarity, we *sua sponte* sever this appeal into separate cause numbers, one as to each judgment. Henceforth, the appeal of the judgment entered as to Count I will bear appellate Cause Number 07-14-00251-CR, whereas the appeal of the judgment entered as to Count II will bear appellate Cause Number 07-14-00415-CR. All filings, specifically including the Clerk's Record, Reporter's Record and all briefing filed in Cause Number 07-14-00251-CR shall be considered as being filed in the companion case.

It is so ordered.

Per Curiam